Exhibit "I" of the Oral Deposition of Fujun Jiao taken on Monday, March 21st, 2005

212-689-3870

DEFENDANT'S
EXHIBIT I
F. Jiao
3/21/05  ns

## Instruction

Regarding instruction, the interest is in providing intensive "WTO Training" for Chinese executives over a 1-3 month time frame. The topics of interest include, but are not limited to, international law and taxation, global finance, international banking, marketing, management, multicultural management, international economics, and geopolitics. The executives are also interested in internships or experience working in or observing banks, law firms, and government offices for lengths of up to one month.

The approximate instructional cost for a one-month program, providing half-day (four hour) classroom instruction on these topics for five days per week over four weeks, would be $100,000. For a similar ½ day, five days per week program lasting 12 weeks, the instructional cost would be $300,000. As an alternative, if you would like fewer instructional class hours, we could provide three ½ days of instruction per week. A one-month (four week) program in such a format would cost approximately $58,000, and the cost for three months of this type program would be $174,000. Please note that these are simply examples of possible program structures, and that we can provide more or less instruction per week, and the cost would be proportionately more or less.

January 7, 2002
Page 2

These prices reflect instruction in English for up to 30 participants, binders, English-language reading materials, certificates of completion, use of instructional facilities, and other costs associated with program delivery. Although we do include coffee, juice, and light snacks for breaks, the instructional cost estimates do not cover meals, transportation, and lodging. Included in this price would be the coordination of plant and office tours and interviews with management teams of leading organizations and firms. Such organizations might include the City or County of Milwaukee, GE Medical Systems, Rockwell, S.C. Johnson, Northwestern Mutual, Price Waterhouse Coopers, Miller Brewing, Wisconsin Energy, and Johnson Controls, Inc. The coordination of work experience in such firms or organizations can be explored if there exists interest, and a separate price estimate would be provided.

## Lodging

These two options represent nice accommodations with locations close to Lake Michigan, access to the city, neighborhoods, and the university. We can put you in contact with people at the various hotels identified below

**Astor Hotel – (414) 271-4220 (Mr. Valentine, Manager)**

Has experience accommodating Chinese executives with Rockwell. Suggests renting one or two studio suites that include fully equipped kitchen (stove, refrigerator, dishwasher, dishes), dining room, separate bedroom with queen size bed. The rest of the rooms can be doubles with two queen sized beds. They will provide shuttle to UWM plus anywhere within 2-mile radius of Astor (grocery shopping, etc.) All rooms have cable TV. Continental breakfast served every morning. Fitness center passes included

Room with 2 queen sized beds:
$85/night $595/week $2550/month

Studio Suite with 1 queen sized bed:

## Lodging

These two options represent nice accommodations with locations close to Lake Michigan, access to the city, neighborhoods, and the university. We can put you in contact with people at the various hotels identified below.

**Astor Hotel – (414) 271-4220 (Mr. Valentine, Manager)**

Has experience accommodating Chinese executives with Rockwell. Suggests renting one or two studio suites that include fully equipped kitchen (stove, refrigerator, dishwasher, dishes), dining room, separate bedroom with queen size bed. The rest of the rooms can be doubles with two queen sized beds. They will provide shuttle to UWM plus anywhere within 2-mile radius of Astor (grocery shopping, etc.) All rooms have cable TV. Continental breakfast served every morning. Fitness center passes included.

Room with 2 queen sized beds.
$85/night $595/week $2550/month

Studio Suite with 1 queen sized bed:
$65/night or $50/night if over one month $455/week $1500/month

**Knickerbocker – (414) 276-8500**

All rooms have one queen sized bed – no doubles

Efficiency room (queen bed, kitchenette):
$230/week $795/month

Studio (queen bed, full kitchen, dining room):
$288/week $895/month

One Bedroom Apt. (separate bedroom, living room, kitchen, dining room):
$345/week $1095/month ($1195 if lake view)

January 7, 2002
Page 3

As we earlier discussed, the UW-Milwaukee School of Business has hosted summer programs for Chinese managers, and we are capable of tailoring our programs to meet the specific needs and interests of the Chinese executives and administrators. In my previous correspondence, I provided a description of and website for the School of Business and UW-Milwaukee. I include again a description of how we operate collaboratively with businesses and organizations to develop custom programs.

After you indicate specific interest in a preferred schedule, including the amount, type, and duration of training, we will develop a more detailed proposal for review by you and Ms. Cynthia Chen. The specifics of the curriculum content and the dates of the program would be developed as part of the proposal, based on your and Cynthia's input, and perhaps involving a needs assessment of the executives.

We look forward to further development of a program for you, Cynthia, and the U S - China Education Exchange Association. I will follow up with you in the next two weeks, allowing you a chance to review this material.

Sincerely,

Mark A. Mone, Ph.D.
Professor of Management, &
Associate Dean, Executive Programs

### UWM Executive Programs

*UWM Executive Programs are part of the UWM School of Business Administration. The School of Business is a major metropolitan business school founded in 1966, accredited by AACSB International, the Association to Advance Collegiate Schools of Business, for thirty years. We are dedicated to academic excellence and committed to providing a high quality educational experience, linking academic content, business models, and current technologies in our classrooms. Our seventy full time professors and instructional staff are recognized for excellence in teaching, research, and service. They instruct in over twenty graduate and undergraduate programs, offering a complete range of general management coursework and specific areas of concentration for both traditional students and working professionals. The home page for the School is:*

http://www.uwm.edu/Dept/Business/index.html

More specific to your possible interests, UWM Executive Programs delivers educational programs and training to staff, managers, and executives that help organizations maximize the time, energy, and dollars they invest in developing their employees.

As part of the School of Business Administration at the University of Wisconsin-Milwaukee, UWM Executive Programs draws on the extensive academic and industry experience of its faculty, who have been presenting executive education programs for over 25 years. It also taps into the expertise and resources provided by its six research centers.

Working closely with the business, financial services, healthcare and other communities in Southeastern Wisconsin, UWM Executive Programs has established a successful network of partnerships. These partnerships work toward a common objective -- *developing people and solving business problems through the application of both established and cutting-edge management ideas and techniques.* Our custom program clients include: ABB Automation Inc., Brady Corporation, Briggs & Stratton, Deloitte & Touche LLP, Johnson Controls, Kohler Company, Metavante (formerly M&I Data Services), Medical College of Wisconsin, Miller Brewing, Milwaukee Journal Sentinel, Norlight Telecommunications, Northwestern Mutual, Rockwell Automation, Simplicity Manufacturing, and Young Presidents Organization, among others.

### Custom Programs

Custom programs represent unique educational opportunities for organizations to provide quality development programs tailored to their critical areas of need. In the following examples, we demonstrate how we carefully listen to clients' needs and develop programs based on addressing those specific areas of inquiry. This list of examples is by no means exhaustive. Indeed, because the School of Business is part of a larger academic environment, we can and have drawn from many different parts of the university to deliver instruction from diverse areas such as economics (healthcare and international trade), taxation (state and international), communication (interpersonal, organizational, multicultural), nursing, human kinetics, psychology, bioinformatics, non-profit management, and school administration and leadership.

*Collaboration*
Designing custom programs is a collaborative effort. We work closely with organizations to provide a thorough needs assessment that identifies target audiences and topics for training. As one outcome of the assessment process,

we work together with the organization to develop and deliver the appropriate training. The assessment also provides benchmarks for assessing managerial development.

*Flexibility*

Each custom program is designed to be totally flexible to the client in terms of content, structure, scheduling, location, etc. For example, programs can be designed for any level of management, can cover a range of topics or target specific areas, may be non-credit or for-credit, can be delivered at UWM or an alternate location, or can be delivered via distance education technology. Program length may be anywhere from one day to two weeks or more, consolidated in a short time frame or spread out over a longer period, depending on the needs and desires of the client organization. Attached to this document are sample matrices of actual programs currently delivered to client firms.

Sample areas of expertise include the following:

- *Leadership and Management Development.* Development of an effective managerial staff is key to the successful operations of any organization. UWM's Leadership and Management Development programs stress interactive learning and place special emphasis on linking theory and practice. Topics can include Building Effective Teams, Leadership Skills, Managing Change, Executive Decision Making, Conflict Management, Establishing Performance Expectations, Rewards & Coaching, Financial Reporting, Accounting & Decision Analysis, Business Communication, Running Effective Meetings, Marketing, Customer Service, E-Business, Work/Family Balance, Workplace Diversity, among others.

- *Physician Leadership and Management Development.* Physicians in leadership and management positions face many challenges for which their medical training does not prepare them. These programs focus on the special development needs of physician-managers, with the goal of increasing the business acumen of participants by providing a working knowledge of key business areas. Specifically, skill development in areas such as people management, finance, information technology, marketing, health care quality, health care economics, time management, and others is aimed at improving personal and organizational effectiveness.

- *Business and Career Basics.* Offered jointly by UWM's School of Business Administration and College of Letters & Science, the Business and Career Basics program is a flexible and concentrated program designed for participants who lack a formal business education, but need the basic knowledge and skills tools to succeed in their organizations. The intent is to build upon the participants' non-business education and experience through intensive and focused instruction.

- *Finance for Non-Financial Managers.* These programs help non-financial managers gain a better understanding of financial information and ultimately make better business decisions. Managers learn to interpret data from a variety of financial reports, including balance sheets, income statements, and budgets. The programs can be general in nature, and/or can focus on a client's unique financial reporting systems.

- *Advanced Management Series.* The Advanced Management Series (AMS) provides an educational venue for participating organizations to send high-potential managers to a convenient local setting for continuing development programs facilitated by UWM Executive Programs. An AMS Council, comprised of representatives from founding AMS organizations, works with the Executive Programs staff to design the format and content of this annual series of intensive seminars.

*Examples of Our Custom Programs*

**Developing ABB Leaders**

DABBL is a one-week long leadership and management development program for high potential mid-level managers at ABB Automation, many of whom have technical backgrounds and minimal business education. Held at the UWM Business School, ABB managers from around the country come to hone their skills in people management. Approximately 300 ABB managers have gone through the program

### Briggs & Stratton Business Leaders in Operations

The Briggs & Stratton leadership program is a two-week, on-campus program that brings in plant managers and vice presidents together to better understand corporate strategic issues and how their roles impact the organization. A broad curriculum including leadership skills, financial management, technology, and strategy define the program.

### Kohler Leadership Forum

The Kohler Leadership Forum is held on-site at Kohler Company and The American Club in Kohler, Wisconsin. This week-long leadership and management development program focuses on people management, and also examines company-specific issues in marketing and production. Many of the KLF topics are co-taught by the Kohler management team, adding a higher degree of customization to the learning experience. About 160 Kohler managers have "graduated" from the program.

### Medical College of Wisconsin Faculty Leadership Development Program

The MCW Faculty Leadership Development Program focuses on the special leadership development needs of physician-managers. In a nine-day program spanning five months, physician-managers are exposed to a set of topics they have self-selected as most important to their continuing education. UWM Business School and College of Letters and Science faculty, as well as health care industry professionals provide the instructional expertise for the program.

### Johnson Controls Financial Foundations

UWM Business School accounting faculty, teamed with Johnson Controls financial managers, provide this two-day customized program at the UWM campus. Non-financial managers at Johnson Controls learn about financial reporting systems and issues that can help them to better manage their areas.

### Advanced Management Series

Members for this consortium approach to leadership training for 2001-2002 include Brady Worldwide, Briggs & Stratton, Johnson Controls, Manpower Inc., Miller Brewing Company, Norlight Telecommunications, Rockwell Automation, Simplicity

Manufacturing, and Wisconsin Energy Companies.

### Faculty

The quality of a university ultimately depends on the faculty who contribute to the professional growth of students, to the expansion of knowledge through research, to corporate effectivness, and to the reputation of the community The University of Wisconsin-Milwaukee offers a wealth of expertise from multidisciplinary areas. The UWM School of Business Administration boasts a faculty of approximately 60 full-time professors who bring an impressive range of expertise to the school. The greater campus community offers hundreds of additional faculty with a wide array of experience and expertise.

UWM Executive Programs selects faculty for both their expertise and their ability to communicate effectively with an executive audience. Additionally, we complement our faculty with outside instructors, who are chosen for their specific business expertise. Many of our custom programs also have segments that are co-taught by UWM faculty and members of the client's own management team.

### Executive Programs Services and Resources

In addition to working with you to design and deliver custom programs, the UWM Executive Programs staff provides the following services:

- Needs assessment
- Pre-program coordination
- Instructional materials
- On-site program coordination
- Catering coordination
- Transportation coordination
- Program evaluation/assessment

### Testimonials from Recent Programs:

The following comments were made by participants in programs that we delivered for healthcare, industrial, and financial organizations. We are committed to providing the highest quality interaction and instruction, as evidenced by our quantitative evaluations and the following reactions:

"This [program] effectively bridges the gap between academics and real-life experience. I'm very impressed with the quality and responsiveness of professors at UWM. They have a good understanding of industry-related issues."

"[This is a] Most excellent program that exposed the group to basic and advanced leader concepts."

"Great instructors who know their subject, communicate well, encourage engagement and participation."

"Program rejuvenates self and career."

"This is an excellent program!"

"Wonderful job, very beneficial. I would recommend this to my team."

"This was the greatest program provided by [company]. Keep it up!"

"I feel honored in being asked to this highly valued event. It made a real impact and gives me confidence that true change is occurring. It's now up to me."

Case 1:03-cv-00165-DCF   Document 18   Filed 06/17/05   Page 8 of 8

"Very informative, stimulating, and insightful program."

### Additional School and Faculty Information

For general information on the school, you can examine our web address listed below. Also included are some sample faculty biographical home pages. Each of these faculty teach in our Executive programs.

UWM School of Business Administration - http://www.uwm.edu/Dept/Business/SBA/

Sample Executive Programs Faculty
Paul Fischer - http://www.uwm.edu/Dept/Business/faculty/sbafaculty/fischer.html
Dennis Gensch - http://www.uwm.edu/Dept/Business/faculty/sbafaculty/gensch.html
Mark Mone - http://www.uwm.edu/Dept/Business/faculty/sbafaculty/mone.html
Paul Nystrom - http://www.uwm.edu/Dept/Business/faculty/sbafaculty/nystrom.html
Kelly Ottman - http://www.uwm.edu/Dept/Business/faculty/sbafaculty/ottman.html
Belle Ragins - http://www.uwm.edu/Dept/Business/faculty/sbafaculty/ragins.html

For specific information pertaining to Executive Programs, please contact

Mark A. Mone, Ph.D.
Associate Dean, Executive Programs &
Professor of Management
School of Business Administration
UW-Milwaukee
Milwaukee, WI 53201
Phone: (414) 229-4355
Fax: (414) 229-2371
E-mail: mone@uwm.edu

**Back to Message**



Privacy Policy - Terms of Service - Guidelines
Copyright © 1994-2002 Yahoo! Inc. All